**04 MBD 10137**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERRY LANGSTAFF, et al** § | Civil Action No. 04-MBD |
| § | |
| Petitioners, § | Related Civil Action: |
| § | United States District Court for the |
| § | Northern District of California, San |
| § | Jose Division |
| v. § | Civil Action No. 03-CV-01116 |
| § | KERRY LANGSTAFF, et al vs. |
| **ALLEN A. MITCHELL, M.D.,** § | MCNEIL CONSUMER & |
| **SAMUEL M. LESKO, M.D., and** § | SPECIALITY |
| **TRUSTEES OF BOSTON UNIVERSITY** § | PHARMACEUTICALS, et al |
| § | |
| Respondents. § | |

### PETITIONERS' MOTION TO COMPEL THE CUSTODIAN OF RECORDS FOR DR. ALLEN A. MITCHELL AND THE CUSTODIAN OF RECORDS FOR SLONE EPIDEMIOLOGY CENTER TO COMPLY WITH SUBPOENAS DUCES TECUM

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Petitioners, by and through their attorney of record, and files this Motion to Compel the Custodian of Records for Dr. Allen A. Mitchell and the Custodian of Records for Slone Epidemiology Center to Comply with Subpoenas Duces Tecum. Petitioners attach a Memorandum citing supporting authorities.

### REQUEST FOR ORAL ARGUMENT

Petitioners wish to be heard by the Court regarding this matter as expeditiously as possible and believe that oral argument would assist the Court.

### PRAYER

Petitioners respectfully request this Court grant Petitioners Motion to Compel from service of subpoenas duces tecum upon the Custodian of Records for Dr. Allen A. Mitchell and the

Custodian of Records for Slone Epidemiology Center and grant Petitioners any and all other relief to which they may be justly entitled.

Respectfully submitted,

**COADY LAW FIRM**
EDWARD PAUL COADY
MA State Bar No. 546079
CHRISTOPHER P. DUFFY
MA State Bar No. 648402
205 Portland Street
Boston, MA 02114
(617) 742-9510
(617) 742-9509 Fax

**LAW OFFICES OF JAMES C. BARBER**
JAMES C. BARBER
TX State Bar No. 01706000
4310 Gaston Avenue
Dallas, Texas 75246
(214) 821-8840
(214) 821-3834 Fax

**WATERS & KRAUS, LLP**
SCOTT M. DOLIN
TX State Bar No. 24029523
CA State Bar No. 213321
ASHLEY W. MCDOWELL
TX State Bar No. 24005257
PETER A. KRAUS
TX State Bar No. 11712980
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

**MARY ALEXANDER & ASSOCIATES**
MARY E. ALEXANDER
CA State Bar No. 104173
44 Montgomery Street, Suite 1303
San Francisco, California 94101
(415) 433-4440
(415) 433-5440 Fax
ATTORNEYS FOR PETITIONER