# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY LANGSTAFF, et al<br><br>Respondents,<br><br>v.<br><br>ALLEN A. MITCHELL, M.D.,<br>SAMUEL M. LESKO, M.D., and<br>TRUSTEES OF BOSTON UNIVERSITY<br><br>Petitioners. | § Civil Action No. 04-MBD-10137<br>§<br>§ Related Civil Action:<br>§ United States District Court for the<br>§ Northern District of California, San<br>§ Jose Division<br>§ Civil Action No. 03-CV-01116<br>§ KERRY LANGSTAFF, et al vs.<br>§ MCNEIL CONSUMER &<br>§ SPECIALITY<br>§ PHARMACEUTICALS, et al<br>§<br>§ |

## RESPONDENTS' MOTION FOR EXPEDITED HEARING PURSUANT TO LOCAL RULE 40.4 ON PETITIONERS MOTION TO QUASH DEPOSITION SUBPOENAS AND SUBPOENAS DUCES TECUM PURSUANT TO FED. R. CIV. P. 45(c)(3)(A) and (B)

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Respondents, by and through their attorney of record, and files this Motion for Expedited Hearing Pursuant to Local Rule 40.4 on Petitioners' Motion to Quash Deposition Subpoenas and Subpoenas Duces Tecum Pursuant to Fed. R. Civ. P. 45(c)(3)(A) and (B). Respondent also request that the Court also hear their Motion to Compel involving the same parties and same matters. Respondents attach a Memorandum citing supporting authorities.

## REQUEST FOR ORAL ARGUMENT

Respondents wish to be heard by the Court regarding this matter as expeditiously as possible and request a hearing on May 20, 21, or 24, 2004. Respondents believe that oral argument would assist the Court.

## PRAYER

Respondents respectfully request this Court grant Respondents Motion for Expedited Hearing Pursuant to Local Rule 40.4 on Petitioners' Motion to Quash Deposition Subpoenas and Subpoenas Duces Tecum Pursuant to Fed. R. Civ. P. 45(c)(3)(A) and (B) and grant Respondents any and all other relief to which they may be justly entitled.

Respectfully submitted,

*[signature]*

COADY LAW FIRM
EDWARD PAUL COADY
MA State Bar No. 546079
CHRISTOPHER P. DUFFY
MA State Bar No. 648402
205 Portland Street
Boston, MA 02114
(617) 742-9510
(617) 742-9509 Fax

LAW OFFICES OF JAMES C. BARBER
JAMES C. BARBER
TX State Bar No. 01706000
4310 Gaston Avenue
Dallas, Texas 75246
(214) 821-8840
(214) 821-3834 Fax

WATERS & KRAUS, LLP
SCOTT M. DOLIN
TX State Bar No. 24029523
CA State Bar No. 213321
ASHLEY W. MCDOWELL
TX State Bar No. 24005257
PETER A. KRAUS
TX State Bar No. 11712980
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

MARY ALEXANDER & ASSOCIATES
MARY E. ALEXANDER
CA State Bar No. 104173

44 Montgomery Street, Suite 1303
San Francisco, California 94101
(415) 433-4440
(415) 433-5440 Fax
**ATTORNEYS FOR RESPONDENTS**