

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERRY LANGSTAFF, et al** <br><br> Petitioners, <br><br> v. <br><br> **ALLEN A. MITCHELL, M.D.,** <br> **SAMUEL M. LESKO, M.D., and** <br> **TRUSTEES OF BOSTON UNIVERSITY** <br><br> Respondents. | § **Civil Action No. 04-CV-11586-GAO** <br> §     Formerly No. 04-MBD-10128-GAO <br> §     and    No. 04-MBD-10137-GAO <br> § <br> § Related Civil Action: <br> § United States District Court for the <br> § Northern District of California, San <br> § Jose Division <br> § Civil Action No. 03-CV-01116 <br> § KERRY LANGSTAFF, et al vs. <br> § MCNEIL CONSUMER & <br> § SPECIALITY <br> § PHARMACEUTICALS, et al <br> § <br> § |

### PETITIONERS' LANGSTAFF PLAINTIFFS MOTION TO IMPOUND AND SEAL CONFIDENTIAL EXHIBITS TO PETITIONERS' MOTION FOR RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Petitioners, by and through their attorney of record, and files this Motion to Impound and Seal Confidential Exhibits to Petitioners' Motion for Reconsideration. Petitioners' Langstaff Plaintiffs ("Langstaff Plaintiffs") submit multiple exhibits to their Motion for Reconsideration to the Court. Certain exhibits were produced to Langstaff Plaintiffs in the underlying litigation pursuant to a Protective Order. The exhibits subject to the Protective Order from the sister Court are identified as Exhibits G, R, and S. However, for the sake of ease to the Court and parties, and in an abundance of caution, Langstaff Plaintiffs request that all exhibits to the Motion for Reconsideration be placed under seal and impounded from public inspection. In the alternative, Langstaff Plaintiffs request that Exhibits G, R, and S only be placed under seal and impounded from public inspection.

Pursuant to Local Rule 7.2, Langstaff Plaintiffs request that the impoundment period end 31 days after entry of order on Langstaff Plaintiffs Motion for Reconsideration, if there is no Notice of Appeal filed with the Court. If this matter is appealed to the Circuit Court, then

Langstaff Plaintiffs request that the impoundment period end 31 days after entry that such materials have been returned to the Court if further proceedings are not required and/or are not initiated by either party. If the matter has further proceedings at that point, then Langstaff Plaintiffs request that the impoundment period end 31 days after a final or dispositive order is entered. Upon expiration of the impoundment period, Langstaff Plaintiffs request that the Court destroy all materials that had been placed under impoundment, or in the alternative, Langstaff Plaintiffs will resume custody of said materials and retrieve them from the clerk.

**WHEREFORE, PREMISES CONSIDERED,** Petitioners respectfully request this Court grant Langstaff Plaintiffs Motion to Impound and Seal Confidential Exhibits to Petitioners' Motion for Reconsideration and grant Petitioners any and all other relief to which they may be justly entitled.

Respectfully submitted,

*[signature]*

**WATERS & KRAUS, LLP**
SCOTT M. DOLIN
TX State Bar No. 24029523
CA State Bar No. 213321
ASHLEY W. MCDOWELL
TX State Bar No. 24005257
PETER A. KRAUS
TX State Bar No. 11712980
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

**COADY LAW FIRM**
EDWARD PAUL COADY
MA State Bar No. 546079
CHRISTOPHER P. DUFFY
MA State Bar No. 648402
205 Portland Street
Boston, MA 02114
(617) 742-9510
(617) 742-9509 Fax

**LAW OFFICES OF JAMES C. BARBER**
JAMES C. BARBER
TX State Bar No. 01706000
4310 Gaston Avenue
Dallas, Texas 75246
(214) 821-8840
(214) 821-3834 Fax

**MARY ALEXANDER & ASSOCIATES**
MARY E. ALEXANDER
CA State Bar No. 104173
44 Montgomery Street, Suite 1303
San Francisco, California 94101
(415) 433-4440
(415) 433-5440 Fax
**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Reconsideration was served on Boston University via United States mail and facsimile on this 21st day of July, 2004.

_____
Scott M. Dolin

## CERTIFICATE OF CONFERENCE

I certify that counsel for Petitioners has conferred with counsel for Respondents whom do not anticipate objecting to this Motion.

_____
Scott M. Dolin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY LANGSTAFF, et al<br><br>Petitioners,<br><br>v.<br><br>ALLEN A. MITCHELL, M.D.,<br>SAMUEL M. LESKO, M.D., and<br>TRUSTEES OF BOSTON UNIVERSITY<br><br>Respondents. | § Civil Action No. 04-CV-11586-GAO<br>§     Formerly No. 04-MBD-10128-GAO<br>§     and    No. 04-MBD-10137-GAO<br>§<br>§ Related Civil Action:<br>§ United States District Court for the<br>§ Northern District of California, San<br>§ Jose Division<br>§ Civil Action No. 03-CV-01116<br>§ KERRY LANGSTAFF, et al vs.<br>§ MCNEIL CONSUMER &<br>§ SPECIALITY<br>§ PHARMACEUTICALS, et al<br>§<br>§ |

## PETITIONERS' LANGSTAFF PLAINTIFFS MOTION TO IMPOUND AND SEAL CONFIDENTIAL EXHIBITS TO PETITIONERS' MOTION FOR RECONSIDERATION

On the _____ day of _____, 2004, the Court considered Petitioners' Langstaff Plaintiffs Motion to Impound and Seal Confidential Exhibits to Petitioners' Motion for Reconsideration. After considering the motion, the Court **GRANTS** the motion, and hereby orders that all exhibits to Langstaff Plaintiffs Motion for Reconsideration be placed under seal and impounded from public inspection. The impoundment period will end 31 days after entry of a final or dispositive order and no appeal or continuation of this proceeding has been sought. Upon expiration of the impoundment period, the Court will destroy all materials that had been placed under impoundment.

Signed on the _____ day of _____, 2004.

_____
HONORABLE JUDGE

4