IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KERRY LANGSTAFF, et al**<br><br>Appellants,<br><br>v.<br><br>**ALLEN A. MITCHELL, M.D.,**<br>**SAMUEL M. LESKO, M.D., and**<br>**TRUSTEES OF BOSTON UNIVERSITY**<br><br>Appellees. | §Civil Action No. 04-CV-11586-GAO<br>§Formerly No. 04-MBD-10128-GAO<br>§and No. 04-MBD-10137-GAO<br>§<br>§ Related Civil Action:<br>§ United States District Court for the<br>§ Northern District of California, San<br>§ Jose Division<br>§ Civil Action No. 03-CV-01116<br>§ KERRY LANGSTAFF, et al vs.<br>§ MCNEIL CONSUMER &<br>§ SPECIALITY<br>§ PHARMACEUTICALS, et al<br>§<br>§ |

## NOTICE OF APPEAL

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____

TO THE HONORABLE COURT:

COME NOW, Appellants, Kerry Langstaff and Bradshaw Langstaff, Individually and on behalf of Kaitlyn Sierra Langstaff, a minor child, by and through their attorney of record, and files this Notice of Appeal in the above named matter. Appellants make this appeal under 28 U.S.C. § 1291, 28 U.S.C. § 1294 and the Federal Rules of Appellate Procedure 3 and 4. Appellants hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the District Court denying Appellants Motion for Reconsideration entered in this action on the 30th day of July, 2004.

        Respectfully submitted,

*/s/ Scott M. Dolin*

**WATERS & KRAUS, LLP**
SCOTT M. DOLIN
TX State Bar No. 24029523
CA State Bar No. 213321
CHARLES S. SIEGEL
TX State Bar No. 18341875
PETER A. KRAUS
TX State Bar No. 11712980
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

**COADY LAW FIRM**
EDWARD PAUL COADY
MA State Bar No. 546079
CHRISTOPHER P. DUFFY
MA State Bar No. 648402
205 Portland Street
Boston, MA 02114
(617) 742-9510
(617) 742-9509 Fax

**LAW OFFICES OF JAMES C. BARBER**
JAMES C. BARBER
TX State Bar No. 01706000
4310 Gaston Avenue
Dallas, Texas 75246
(214) 821-8840
(214) 821-3834 Fax

**MARY ALEXANDER & ASSOCIATES**
MARY E. ALEXANDER
CA State Bar No. 104173
44 Montgomery Street, Suite 1303
San Francisco, California 94101
(415) 433-4440
(415) 433-5440 Fax
**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appeal was served on counsel for Allen A. Mitchell, M.D., Samuel M. Lesko, M.D., and Trustees of Boston University ("Appellees") via Federal Express and facsimile on this 27th day of August, 2004.

_____
Scott M. Dolin

Counsel for Allen A. Mitchell, M.D., Samuel M. Lesko, M.D., and Trustees of Boston University:

> Erika Geetter, Esq.
> Boston University
> Office of the General Counsel
> 125 Bay State Road
> Boston, MA 02215
> Tele: (617) 353-2326
> Fax: (617) 353-5529