
MANDATE

# United States Court of Appeals
## For the First Circuit

04-11586

Honorable George O'Toole

No. 04-2220

KERRY LANGSTAFF, Individually and on behalf of Kaitlyn Sierra
Langstaff, a minor; BRADSHAW LANGSTAFF, Individually and on behalf
of Kaitlyn Sierra Langstaff, a minor

Petitioners - Appellants

v.

ALLEN A. MITCHELL, M.D.; SAMUEL M. LESKO, M.D.; BOSTON
UNIVERSITY TRUSTEES

Respondents - Appellees

**JUDGMENT**
Entered: December 13, 2004

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By **AMY B. LEDERER**
Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/13/04

cc:    Edward Paul Coady, Esq.
       Christopher P. Duffy, Esq.
       Scott Matthew Dolin, Esq.
       Charles S. Siegel, Esq.
       Peter Kraus, Esq.
       Loren Jacobson
       James C. Barber, Esq.
       Mary E. Alexander, Esq.
       Erika Geetter, Esq.